1

2

3

4

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  STEVEN LEE HUNTSAKER,        )  NOS. SACV 10-01980 GAF (SS)
                                 )       SACV 10-01982 GAF (SS)
12            Plaintiff,         )
                                 )
13        v.                     )
                                 )
14  J. MOLDENHAUR, Sheriff Deputy)
    #3642, ET AL.                )
15                               )       **JUDGMENT**
              Defendants.        )
16  _____)
                                 )
17  STEVEN LEE HUNTSAKER,        )
                                 )
18            Plaintiff,         )
                                 )
19        v.                     )
                                 )
20  R. DE LA ROSA, Sheriff Deputy)
    # 5539, ET AL.               )
21                               )
              Defendants.        )
22  _____)

23

24

25       Pursuant to the Court's Order Adopting Findings, Conclusions and

26  Recommendations of United States Magistrate Judge,

27

28

IT IS HEREBY ADJUDGED that the above-captioned actions are dismissed with prejudice.

DATED:   May 12, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE